# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL MASSEL, individually and on behalf of all others similarly situated, *Plaintiff*, v. STEAK N SHAKE, INC., *Defendant*. | No.: 1:24-cv-07827 <br><br> Judge Sunil R. Harjani <br><br> Magistrate Judge Jeffrey T. Gilbert |

### NOTICE OF VOLUNTARY DISMISSAL

Now comes Plaintiff, Michael Massel, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: January 27, 2025

Respectfully submitted,

**FRADIN LAW**

s/ *Michael L. Fradin*
Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/  Michael L. Fradin